**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Wendy BENS, Defendant–Appellant.**

**No. 11–7022.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2011.

Decided: Dec. 23, 2011.

Wendy Bens, Appellant Pro Se. John Walter Sippel, Jr., Assistant United States Attorney, James G. Warwick, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

216

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Wendy Bens seeks to appeal the district
court's order construing his "motion for
dismissal of indictment" as a successive
motion under 28 U.S.C.A. § 2255 (West
Supp.2010) and denying Bens' motion for
reconsideration of a prior order. We dis-
miss the appeal for lack of jurisdiction
because the notice of appeal was not timely
filed.

When the United States or its officer or
agency is a party, the notice of appeal
must be filed no more than sixty days after
the entry of the district court's final judg-
ment or order, Fed. R.App. P. 4(a)(1)(B),
unless the district court extends the appeal
period under Fed. R.App. P. 4(a)(5), or
reopens the appeal period under Fed.
R.App. P. 4(a)(6). "[T]he timely filing of a
notice of appeal in a civil case is a jurisdic-
tional requirement." *Bowles v. Russell,*
551 U.S. 205, 214, 127 S.Ct. 2360, 168
L.Ed.2d 96 (2007).

The district court's order was entered
on the docket on December 10, 2010. The
notice of appeal was filed on August 1,
2011. Because Bens failed to file a timely
notice of appeal or to obtain an extension
or reopening of the appeal period, we deny
a certificate of appealability and dismiss
the appeal. We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*DISMISSED.*